1546

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )  Criminal No. 2:26-cr-110

v.  )  (18 U.S.C. § 922(g)(1))

JEREMIAH KEVIN JOHNSON )

**FILED**

**INDICTMENT**

JUN 0 9 2026

**COUNT ONE**

**CLERK U.S. DISTRICT COURT**
**WEST. DIST. OF PENNSYLVANIA**

The grand jury charges:

On or about February 25, 2026, in the Western District of Pennsylvania, the defendant, JEREMIAH KEVIN JOHNSON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely, possession of a firearm as a prohibited person and possession with intent to distribute a controlled substance, on or about October 3, 2022, at Docket Number CP-63-CR-0001092-2021 in the Court of Common Pleas, County of Washington, Criminal Division, Commonwealth of Pennsylvania, and two counts of possession with intent to deliver controlled substance on or about March 30, 2023, at Docket Number CP-02-CR-0006220-2022, in the Court of Common Pleas, County of Allegheny, Criminal Division, Commonwealth of Pennsylvania, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a .40 caliber Glock Model 22 semiautomatic pistol and .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the Government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), which requires any person convicted of such offense to forfeit to the United States of America any property constituting, or deriving from, any proceeds the defendant obtained, directly or indirectly, from the commission of such offense, and any property used, or intended to be used, in any manner and part, to commit, and to facilitate the commission of, such offense, including, but not limited to, the following: a .40 caliber Glock Model 22 semiautomatic pistol bearing Serial Number AFUZ394 and twenty (20) S&W rounds of live ammunition.

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

MORGAN A. CAMERLO
Assistant United States Attorney
PA ID No. 334153

2